# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| MARK ALPERS, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 7:19-CV-00142-M-BP |
| § | |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**.

**SO ORDERED** this 26th day of March, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE